**WENDEL v. HOFFMAN et al.**
No. 7078.

Circuit Court of Appeals, Third Circuit.

May 16, 1939.

Thomas L. Zimmerman, Jr., of Ridgewood, N. J., for appellant.

Harry Green, of Newark, N. J., for appellees.

Before BIGGS and MARIS, Circuit Judges.

PER CURIAM.

The appeal is dismissed for failure to comply with the provisions of Federal Civil Procedure Rule 73(g), 28 U.S.C.A. following section 723c.